## JANUARY 24, 2003

No. 02–306. BENEFICIAL NATIONAL BANK ET AL. *v.* ANDERSON ET AL. C. A. 11th Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 7, 2003. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, April 4, 2003. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, April 23, 2003. This Court's Rule 29.2 does not apply.

No. 02–371. VIRGINIA *v.* HICKS. Sup. Ct. Va. Motion of City of Richmond et al. for leave to file a brief as *amici curiae* granted. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 7, 2003. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, April 4, 2003. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, April 23, 2003. This Court's Rule 29.2 does not apply.

## JANUARY 27, 2003

No. 02M49. WYCOFF *v.* MATHIS, WARDEN; and

No. 02M50. OUTLER *v.* CONLEY, WARDEN. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 01–1435. CLACKAMAS GASTROENTEROLOGY ASSOCIATES, P. C.. *v.* WELLS. C. A. 9th Cir. [Certiorari granted, 536 U. S. 990.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–42. FRANCHISE TAX BOARD OF CALIFORNIA *v.* HYATT ET AL. Sup. Ct. Nev. [Certiorari granted, *ante,* p. 946.] Motion of Florida et al. for leave to participate in oral argument as *amicus curiae* and for divided argument denied.